# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 22, 2024

Lyle W. Cayce
Clerk

No. 23-50769
Summary Calendar

―――――――――

United States of America,

*Plaintiff—Appellee*,

*versus*

Braulio De La Rosa-Cordova,

*Defendant—Appellant*.

―――――――――

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:22-CR-2283-1

―――――――――

Before Haynes, Higginson, and Douglas, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Braulio De La Rosa-Cordova has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). De La Rosa-Cordova has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected

―――――――――――――

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50769

therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.